UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | CASE NO.  15-81467 |
| | ) | |
| Debtor. | ) | |

### MOTION FOR (A) INTERIM USE OF CASH COLLATERAL, (B) FOR INTERIM AUTHORITY TO BORROW AND FOR HEARTLAND BANK TO PROVIDE DIP FINANCING, AND (C) REQUEST FOR EXPEDITED HEARING

NOW Comes INTERNATIONAL SUPPLY CO., ("Debtor"), by Sumner A. Bourne, of Rafool, Bourne & Shelby, P.C., and Moves this Court as follows:

1. That Debtor filed these Chapter 11 proceedings on September 24, 2015, and it is and has been acting as Debtor In Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. Debtor's primary line of business is integration services and machinery for power generation systems throughout the country.

3. Debtor's primary secured lender is HEARTLAND BANK & TRUST COMPANY ("HEARTLAND BANK"), which holds a security interest in certain personal property of the Debtor.

4. Debtor does not yet have copies of the HEARTLAND BANK loan documents, and therefore at this time it is unable to describe the full extent, validity or perfection of the HEARTLAND BANK security interest or balance.

5. The Debtor believes that HEARTLAND BANK claims a security interest in funds in its deposit account(s) and its receivables.

1

6. That in order to operate during these proceedings and maintain the real property, it is essential that Debtor have interim use of its cash collateral, as defined in Section 363(a), pursuant to Section 363(c)(2) of the Bankruptcy Code.

7. Debtor therefore requests that it be allowed to use the cash collateral on an interim basis until a final cash collateral order can be entered.

8. Debtor suggests that a post-petition lien to replace the loss of any pre-petition receivables in favor of HEARTLAND BANK would be appropriate.

9. Debtor has prepared a projected monthly budget, that is attached as an exhibit to this motion.

10. As the Debtor currently does not have funds on hand to make its payroll and other obligations, HEARTLAND BANK has agreed to provide Debtor In Possession financing with a motion to be filed shortly with the terms.

11. The first advance by HEARTLAND BANK will be made on September 25, 2015 in the amount of approximately $108,000 for payroll and necessary COD shipments of product.

12. Debtor requests that this first advance and any advances made by HEARTLAND BANK be recognized on an interim basis as post-petition Debtor In Possession funding, subject to the terms and protections of the subsequent motion to be filed.

13. The Debtor has filed a creditor matrix, and a list of the top twenty unsecured claimholders.

14. Counsel for Debtor respectfully suggests an expedited hearing on Friday, September 25, 2015 to allow it to meet payroll and to be as convenient as possible to counsel for HEARTLAND BANK and the United States Trustee – both of which will be available that day.

WHEREFORE, Debtor requests the following relief:

1. The Debtor be authorized to immediately use cash collateral, as defined by Bankruptcy Code Section 363(a) for its actual and necessary costs and expenses incurred in the ordinary course of its business until a final hearing may be conducted;

2. The post-petition advances made by HEARTLAND BANK be recognized, on an interim basis, as Debtor In Possession financing pursuant to 11 U.S.C. §364;

3. That this motion be heard on an expedited hearing basis;

4. For such further and other relief as is just.

Dated: September 24, 2015                    Respectfully Submitted,
                                             INTERNATIONAL SUPPLY CO.


Sumner A. Bourne                             By: /s/ Sumner A. Bourne
Rafool, Bourne & Shelby, P.C.                One of its Attorneys
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535
Facsimile: (309) 673-5535

## CERTIFICATE OF SERVICE

The undersigned certifies this electronic document was served by email on September 24, 2015 on the following parties:

        U.S. Trustee
        Sabrina.M.Petesch@usdoj.com

        Heartland Bank
        mbogdanowicz@HowardandHoward.com

Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600        BY:   /s/ Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535