International Supply Company
Average Monthly Cash Flow Projection

| | |
|---|---:|
| Average Projected Receipts | $ 1,448,731 |
| | |
| Average Expenses: | |
| Insurance: | |
|   Health Insurance | 43,242.00 |
|   Worker's Compensation | 10,388.83 |
|   Life Insurance | 2,668.80 |
|   Liability Insurance | 9,363.29 |
| Payroll | 467,977.96 |
| Utilities/Phone/Office | 12,956.00 |
| Production purchases | 694,872.33 |
| Total Average Expenses | 1,241,469.22 |
| | |
| Average Monthly Cash Flow | $ 207,262.25 |

Note:  This projection includes receipts and purchases for production verbally committed to, but without a formal Purchase Order.  Additionally, this includes $1.2 million of receipts which may be withheld by our customer for payment to the vendors of ours who completed work on this project but have not yet been paid.