UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | CASE NO. 15-81467 |
| | ) | |
| Debtor. | ) | |

### MOTION FOR ORDER AUTHORIZING DEBTOR TO (A) PAY PRE-PETITION EMPLOYEE WAGES; (B) HONOR PRE-PETITION EMPLOYEE VACATION TIME; AND (C) MAINTAIN EMPLOYEE BENEFIT PLANS

NOW Comes INTERNATIONAL SUPPLY CO., ("Debtor"), by Sumner A. Bourne, of

Rafool, Bourne & Shelby, P.C., proposed counsel to the Debtor-In-Possession, and moves this

Court as follows:

1.      That Debtor filed these Chapter 11 proceedings on September 24, 2015, and it is

and has been acting as Debtor In Possession pursuant to Sections 1107 and 1108 of the

Bankruptcy Code.

2.      The Debtor's primary line of business is integration services and machinery for

power generation systems throughout the country.

3.      Currently, the Debtor has approximately eighty (80) employees.

4.      Debtor's employees are paid on a weekly basis, with the pay period being the

week preceding the paydate.  The Debtor's next scheduled paydate is September 25, 2015.

5.      The employees receive paid time off which accrues during the course of the year.

6.      The Debtor's employees also receive participation in employee benefit plans,

such as health insurance and a 401(k) retirement plan.

7.      In order to retain its employees, which the Debtor believes is necessary for a successful outcome for creditors in this case, the Debtor requests the entry of an order allowing it to treat the payment, vacation time and benefit plans in the same manner post-petition as it did pre-petition.

8.      Debtor further respectfully asserts that ordinary course treatment of its employees will simplify administration of the case, and reduce the professional fees necessary to analyze and treat pre-petition wage claims thereby increasing funds for unsecured non-priority claimholders.

<u>REQUEST FOR RELIEF</u>

9.      Debtor requests the entry of an order pursuant to 11 U.S.C. §§363(b)(1) and 105(a) allowing it to compensate its employees in the ordinary course of its past practice including the following:

a.      The Debtor's employees will be paid as usual on the September 25, 2015 and subsequent paydates;

b.      The Debtor will honor pre-petition accrued vacation time of its employees in the usual and ordinary course of its past practice;

c.      The Debtor will continue to provide participation to its employees of its pre-petition employee benefit plans, including insurance and retirement plans.

10.      The Debtor respectfully requests that this motion be heard on an expedited hearing basis, and for such further and other relief as is just.

Dated: September 24, 2015                         Respectfully Submitted,
                                                  INTERNATIONAL SUPPLY CO.


Sumner A. Bourne                                  By: /s/ Sumner A. Bourne
Rafool, Bourne & Shelby, P.C.                     One of its Attorneys
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535
Facsimile: (309) 673-5535

CERTIFICATE OF SERVICE

The undersigned certifies this electronic document was served by email on September 24, 2015 on the following parties:

U.S. Trustee
Sabrina.M.Petesch@usdoj.com

Heartland Bank
mbogdanowicz@HowardandHoward.com

Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600                    BY:      /s/  Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535