Form 1112def

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* International Supply Co.　　　　　　　*Case No.:* 15–81467
*Debtor*

　　　　　　　　　　　　　　　　　　　　　　　*Chapter:* 11

## *Deficiency Notice for Chapter 11 and Chapter 12 Cases*

**Notice is hereby provided:**

**You are required to file the items requested below on or before 10/8/15.**

☑ Application to Employ Attorney for the Debtor/Debtor in Possession. You must also file an Order which approves the Application. The Order must include the following language: "All fees and expenses are subject to further court approval."

☐ An Order which approves your Application to Employ Attorney. The Order must include the following language: "All fees and expenses are subject to further court approval."

☐ Your Order approving your Application to Employ Attorney did not include certain required language. You must file an Order which includes the following lanugage: "All fees and expenses are subject to further court approval."

☑ A Schedule of Salary (if even to state "none"). It must include a list of all corporate officers and their rate of compensation both pre and post petition.

☐ An Order Approving the Disclosure Statement. A sample order can be found at www.ilcb.uscourts.gov. Go to Forms>B 13 Order Approving Disclosure Statement.

☐ A certificate of service on the Order Approving Disclosure Statement and Fixing Time For Filing Acceptances or Rejections of Plan. It must include the date of service and the name and address of each party served.

☐ Other:

Failure to file/upload an order by the date specified above may result in the application being denied without further notice.

*Dated:* 9/24/15

　　　　　　　　　　　　　　　　　　　　　　　　　　　　  /S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's ***mandatory*** electronic filing policy.