UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | CASE NO.  15-81467 |
| | ) | |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

      The undersigned certifies that copies of the 1) Notice of Expedited Hearing; 2) the Debtor's Motion for Interim Use of Cash Collateral/Borrow; 3) and the Motion for Approval of Employee Compensation Procedures were served by the following methods upon the following parties on September 24, 2015:

**To all of the parties listed on the filed List of Creditors Holding 20 Largest Unsecured Claims by Electronic Mail (at the contact email address for each party as listed on the schedule).**

**And to the following parties by electronic mail:**

Timothy Howard
Attorney for Heartland Bank
THoward@HowardandHoward.com

Sabrina M. Petesch
Attorney for U.S. Trustee
Sabrina.M.Petesch@usdoj.gov

Andrew Honegger
Counsel for Morton Community Bank
Andrew.Honegger@mortonbank.com

Gerard Brost
Asst. U.S. Attorney
Gerard.Brost@usdoj.gov

Mark Bogdanowicz
Attorney for Heartland Bank
Mbogdanowicz@HowardandHoward.com

Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600                BY:    /s/ Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535
Facsimile: (309) 673-5537
Email: sbourne@mtco.com