UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | CASE NO.  15-81467 |
| | ) | |
| Debtor. | ) | |

## SCHEDULE OF SALARIES

The following is a list of the Debtor's employees that either own an equity interest in the Debtor (or are a relative of an equity holder) or have control over the finances of the Debtor, or both.

| | Pre-Petition Salary | Post-Petition Salary |
|---|---|---|
| E. Lee Hofmann<br>President<br>and spouse Rebecca Hofmann<br>(who holds 97% equity<br>of Debtor and is a director) | $377,624 per year<br>(for both E. Lee Hofmann<br>and Rebecca Hofmann)<br>(plus participation in employee<br>retirement and insurance plans) | $275,000 per year<br>for only E. Lee<br>Hofmann (plus<br>participation in<br>employee retirement<br>and insurance plans) |
| Becki F. Salmon<br>Chief Operating<br>Officer | $150,020 per year<br>(plus participation in employee<br>retirement and insurance plans) | $150,020 per year<br>(plus participation in<br>employee retirement<br>and insurance plans) |
| Duane Dean<br>Vice President of<br>Engineering<br>(also a director, 1% equity<br>of Debtor, and is a cousin<br>of Rebecca Hofmann) | $107,692 per year<br>(plus participation in employee<br>retirement and insurance plans) | $107,692 per year<br>(plus participation in<br>employee retirement<br>and insurance plans) |

Dated: September 29, 2015                           INTERNATIONAL SUPPLY CO.,

Sumner A. Bourne                                    By: /s/ Sumner A. Bourne
Rafool, Bourne & Shelby, P.C.                              One of its Attorneys
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535
Facsimile: (309) 673-5535