**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* International Supply Co.   *Case No.:* 15−81467
*Debtor*

*Chapter:* 11

---

**NOTICE SETTING OBJECTION DATE
FOR
SCHEDULE OF SALARY**

*Notice is hereby provided:*

The Debtor−In−Possession has filed a Schedule of Salary to be paid to the Debtor−In−Possession, or its officers and shareholders during the administration of above Chapter 11. The Schedule of Salary lists the following salaries to be paid:

E. Lee Hofmann (President) $275,000 per year

Becki F. Salmon (Chief Operating Officer) $150,020 per year

Duane Dean (Vice President of Engineering) $107,692 per year

This pleading may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections to the Schedule of Salary to be paid to the Debtor−In−Possession, or its officers and shareholders must be filed by **10/16/15**.

You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.


Dated: 9/29/15

　　　　　　　　　　　　　　　　　　　　　　　　　  /S/   Adrienne D. Atkins  
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court


Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.