# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | Case No.  15-81467 |
| | ) | |
| Debtor. | ) | |

## MOTION TO BORROW AND
## ENTER INTO DEBTOR IN POSSESSION FINANCING ARRANGEMENT

NOW Comes INTERNATIONAL SUPPLY CO. (hereinafter "Debtor") and pursuant to 11 U.S.C. §364(c) makes this motion to borrow and enter into a Debtor In Possession financing arrangement with its senior lender HEARTLAND BANK & TRUST COMPANY (hereinafter "Heartland Bank"), and states the following:

1.     Debtor's case was commenced on September 24, 2015 by the filing of a voluntary Chapter 11 proceeding in this Court.

2.     Debtor has been acting as Debtor In Possession since that date.

3.     Due to the nature of its business and the inconsistent nature of its receivables, the Debtor is in need of post-petition financing in order to continue as a going concern.

4.     Debtor respectfully asserts that is to the benefit of all parties in interest for it to remain a going concern, and that therefore the post-petition financing is both reasonable and necessary.

5.     Heartland Bank has agreed to provide Debtor In Possession financing, the terms for which are included in the proposed order that the Debtor intends to file as an exhibit to this motion very shortly.

6. Debtor recognizes that due to the expedited nature in which it is requesting this relief, that the initial order granting authority for Debtor In Possession financing and the terms therein will be on an interim basis with a final hearing to take place on November 3, 2015.

## RELIEF REQUESTED

1. That the Debtor be authorized to borrow funds for its post-petition operations pursuant to 11 U.S.C. §364(c);

2. That the terms of the Debtor In Possession financing with Heartland Bank contained in the proposed order to be filed as an exhibit to this motion be approved on an interim basis;

3. That this motion be heard on an expedited basis at the hearing scheduled previously by this Court for Friday, October 2, 2015 at 2:00 P.M., with counsel for Debtor to provide special notice to the top twenty unsecured creditors and known secured claimholders;

4. For such further and other relief as is just.

                                                Respectfully submitted,

Dated: September 29, 2015                    INTERNATIONAL SUPPLY CO.,

                                        By    /s/ Sumner A. Bourne
                                                Attorney for Debtor

Rafool, Bourne & Shelby P.C.
Attorneys at Law
411 Hamilton Blvd, Suite 1600
Peoria, IL  61602
PH:  (309) 673-5535
Facsimile:  (309) 673-5537

**CERTIFICATE OF SERVICE**

      The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court, or if not sent electronically then either hand-delivering or depositing a printed copy into the United States mail at the mail chute located at 411 Hamilton Blvd., Peoria, Illinois, on the same date as the filing of the document with the Court, with postage prepaid at the addresses listed below, upon the following interested parties:

Mark Bogdanowicz
Attorney for Heartland Bank


Michael Kraft
Attorney for Morton Community Bank


United States Trustee



By:  /s/ Sumner A. Bourne
SUMNER A. BOURNE
RAFOOL, BOURNE & SHELBY, P.C.
Attorneys at Law
411 Hamilton Blvd, Suite 1600
Peoria, IL  61602
PH:  (309) 673-5535
Facsimile: (309) 673-5537