Alban Engine Power Systems
6455 Washington Blvd.
Elkridge, MD 21075

Heritage Bank
12223 W. Farmington Road
Hanna City, IL 61536

Hickory Point Bank
225 N. Water Street
Decatur, IL 62523

Stephen Morris
Attorney at Law
456 Fulton Street, Suite 398
Peoria, IL 61602