**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| INTERNATIONAL SUPPLY CO., ) | Case No. 15-81467 |
| ) | (Chapter 11) |
| Debtor. ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT**
**OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

The United States Trustee appoints the following to the Unsecured Creditors' Committee:

STEVE BOURBEAU, Director of Finance
GRAYBAR ELECTRIC COMPANY, INC.
900 REGENCY DRIVE
GLENDALE HEIGHTS, IL 60139
Phone:  630/671-6205
Fax:  630/893-5273
Email:  steven.bourbeau@graybar.com

JASON HILL, General Counsel
FIRE SAFETY, INC.
1 HELMKAMP DRIVE
WOOD RIVER, IL 62095
Phone:  618/254-2323
Fax:  618/254-0713
Email:  jhill@firesafetyinc.com

GREGORY A. BROWN, VP / Finance
O'BRIEN STEEL SERVICE CO.
PO BOX 5699
PEORIA, IL 61601
Phone:  309/282-7228
Fax:  309/671-5213
Email:  gbrown@obriensteel.com

MATTHEW T. POLITO, Collections Manager
WYOMING MACHINERY CO.
PO BOX 2335
CASPER, WY 82602
Phone:  307/472-1000 ext. 1159
Fax:  307/261-4486
Email:  mtpolito@wyomingcat.com

JOHN MILEK, General Counsel
FASTENAL COMPANY
2001 THEURER BLVD.
WINONA, MN 55987
Phone:  507/453-8117
Fax:  507/453-8078
Email:  jmilek@fastenal.com

PAUL BERRES, JR., President
BORN PAINT CO.
317 WALNUT
PEORIA, IL 61605
Phone:  309/673-3718
Fax:  309/673-2244
Email:  paulb1@bornpaint.com

        Respectfully submitted,

        NANCY J. GARGULA
        United States Trustee

        /s/ *Sabrina M. Petesch*
        Sabrina M. Petesch
        Attorney for U.S. Trustee

## **CERTIFICATE OF SERVICE**

The Undersigned certifies that a copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served electronically upon Debtors' counsel and all parties who have entered electronic appearances in this case by CM/ECF, and a copy was also served upon the following persons, by email and United States First-Class Mail, postage prepaid, on October 6, 2015 at the following addresses:

ATTN: STEVE BOURBEAU
GRAYBAR ELECTRIC COMPANY, INC.
900 REGENCY DRIVE
GLENDALE HEIGHTS, IL 60139

ATTN: JASON HILL
FIRE SAFETY, INC.
1 HELMKAMP DRIVE
WOOD RIVER, IL 62095

ATTN: GREGORY A. BROWN
O'BRIEN STEEL SERVICE CO.
PO BOX 5699
PEORIA, IL 61601

ATTN: MATTHEW T. POLITO
WYOMING MACHINERY CO.
PO BOX 2335
CASPER, WY 82602

ATTN: JOHN MILEK
FASTENAL COMPANY
2001 THEURER BLVD.
WINONA, MN 55987

ATTN: PAUL BERRES, JR.
BORN PAINT CO.
317 WALNUT
PEORIA, IL 61605

An email copy was also provided to the remaining creditors on Debtor's List of 20 Largest Unsecured Creditors.

        Respectfully submitted,
        NANCY J. GARGULA
        United States Trustee

        /s/ *Sabrina M. Petesch*
        Sabrina M. Petesch
        Attorney for U.S. Trustee

Office of United States Trustee
United States Department of Justice
401 Main Street, Suite 1100
Peoria, IL 61602
(309) 671-7854 ext. 228