UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | CASE NO. 15-81467 |
| | ) | |
| Debtor. | ) | |

MOTION FOR EXTENSION OF TIME TO
FILE REQUIRED DOCUMENTS

NOW Comes INTERNATIONAL SUPPLY CO., ("Debtor"), by Sumner A. Bourne, of Rafool, Bourne & Shelby, P.C., and Moves this Court as follows:

1. That Debtor filed these Chapter 11 proceedings on September 24, 2015.

2. Pursuant to a September 24, 2015 order of this Court (Docket Entry No. 6), the Debtor is currently under a deadline to file the remainder of its bankruptcy schedules by October 8, 2015.

3. The Debtor is working with its attorney to complete the schedules – and has filed a creditor matrix and list of top 20 unsecured claimholders – but due to the complexity of the case the Debtor will be unable to meet the current deadline.

4. The Debtor requests a fourteen (14) day extension on the deadlines contained in Docket Entry No. 6.  This will allow the schedules to be filed prior to the first meeting of creditors.

WHEREFORE, the Debtor requests that the deadlines for filing certain required documents contained in Docket Entry No. 6 be extended by fourteen (14) days and for such further and other relief.

Dated: October 7, 2015                    INTERNATIONAL SUPPLY CO.,
                                          Debtor-In-Possession,

                                          By: /s/ Sumner A. Bourne
                                          One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that in addition the parties served through the court's electronic noticing system, a PDF copy was also served upon all members of the unsecured creditors committee at their email addresses of record on October 7, 2015.

Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600            BY:    /s/  Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535