Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

*In Re:* International Supply Co.    *Case No.:* 15−81467
*Debtor(s)*    *Chapter* 11

### ORDER

*Notice is hereby provided:*

☐    A Hearing having been held on the following matters:

☑    The following having been filed:

    1.  Motion by Debtor to Extend Time to File Required Documents/Schedules

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1. | Allowed | All Missing Documents Contained in Docket Entry #6 (order requiring missing documents) to be filed on or before 10/20/2015 |

*Other:*

Dated: 10/8/15

    /S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.