**IT IS SO ORDERED.**

**SIGNED THIS: October 8, 2015**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| INTERNATIONAL SUPPLY CO., | ) | CASE NO. 15-81467 |
| | ) | |
| Debtor. | ) | |

ORDER AUTHORIZING DEBTOR TO (A) PAY
PRE-PETITION EMPLOYEE WAGES; (B) HONOR PRE-PETITION EMPLOYEE
VACATION TIME; AND (C) MAINTAIN EMPLOYEE BENEFIT PLANS

UPON the motion of INTERNATIONAL SUPPLY CO., ("Debtor"), by Sumner A. Bourne, of Rafool, Bourne & Shelby, P.C., proposed counsel to the Debtor-In-Possession, requesting entry of an order pursuant to 11 U.S.C. §§363(b)(1) and 105(a) allowing it to compensate its employees in the ordinary course of its past practice:

For reasons stated in open court, the motion is granted according to its terms and the following is hereby ordered.

1. The Debtor's employees will be paid as usual on the September 25, 2015 and subsequent paydates;

2. The Debtor will honor pre-petition accrued vacation time of its employees in the usual and ordinary course of its past practice;

3. The Debtor will continue to provide participation to its employees of its pre-petition employee benefit plans, including insurance and retirement plans.

# # #