## INTERNATIONAL SUPPLY COMPANY
## DIP BUDGET OCTOBER 2015

|  | Budget |  |
|---|---:|---:|
| October Insurance: |  |  |
|   October Health Insurance | 43,242.00 |  |
|   Worker's Compensation | 15,428.50 |  |
|   Life Insurance | 13,357.56 |  |
|   Liability Insurance | 9,363.29 | 81,391.35 |
| Payroll: |  |  |
|   October 1 | 90,285.43 |  |
|   October 8 | 87,462.36 |  |
|   October 15 | 76,728.34 |  |
|   October 22 | 76,728.34 |  |
|   October 29 | 76,728.34 | 407,932.81 |
|  |  |  |
| Utilities/Phone/Office |  | 13,000.00 |
| Temp Labor |  | 6,400.00 |
| Utility Deposit |  | 15,000.00 |
| Software |  | 20,006.00 |
| Technology Support |  | 7,600.00 |
| Accounting Services |  | 5,000.00 |
| Field Service & Travel (Includes VISA Transfers) |  | 40,000.00 |
| October Material Purchases |  | 254,998.00 |
| October Projected Receipts |  |  |
|   10/13/2015 | (143,396.66) |  |
|   10/14/2015 | (165,420.00) |  |
|   10/16/2015 | (5,400.00) |  |
|   10/23/2015 | (20,375.00) |  |
|   10/28/2015 | (243,700.00) | (578,291.66) |
|  |  |  |
| Net October Estimated Cash Needs |  | $ 273,036.50 |

## INTERNATIONAL SUPPLY COMPANY
## DIP BUDGET NOVEMBER 2015

|  |  | Budget |
|---|---:|---:|
| November Insurance: |  |  |
|   Health Insurance | 43,242.00 |  |
|   Worker's Compensation | 3,054.75 |  |
|   Life Insurance | 2,668.80 |  |
|   Liability Insurance | 9,363.29 | 58,328.84 |
| Payroll: |  |  |
|   November 5 | 75,000.00 |  |
|   November 12 | 75,000.00 |  |
|   November 20 | 75,000.00 |  |
|   November 26 | 75,000.00 | 300,000.00 |
|  |  |  |
| Utilities/Phone/Office |  | 13,000.00 |
| Temp Labor |  | 6,400.00 |
| Technology Support |  | 7,600.00 |
| Accounting Services |  | 5,000.00 |
| Field Service (Includes VISA Transfers) |  | 40,000.00 |
| November Material Purchases |  | 266,319.00 |
| NovemberProjected Receipts |  |  |
|     11/4/2015 | (115,033.80) |  |
|     11/9/2015 | (169,800.00) |  |
|     11/16/2015 | (6,060.00) |  |
|     10/23/2015 |  |  |
|     10/28/2015 |  | (290,893.80) |
|  |  |  |
| Net November Estimated Cash Needs |  | $ 405,754.04 |