Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* International Supply Co.        *Case No.:* 15–81467
*Debtor(s)*                              *Chapter* 11

---

<u>***ORDER***</u>

*Notice is hereby provided:*

☐   A Hearing having been held on the following matters:

☑   The following having been filed:

1. Debtor's Motion to Sell Free and Clear of Liens Substantially All Assets of Debtor (Document No. 81)

*IT IS ORDERED THAT:*

| MATTER | ACTION |
|---|---|
| 1. | – the request in this Motion for a separate and expedited hearing to approve the break–up fee and overbid protection is Denied. |

*Other:*

Dated: 10/23/15

/S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.